# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN KELLY FOODS d/b/a JOHN KELLY CHOCOLATES, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:21-cv-08432-JAK-MAA<br><br>**ORDER RE JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) (DKT. 40)**<br><br>**JS-6** |

Based on a review of the Joint Stipulated Request for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) (Dkt. 40, the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This entire action is dismissed with prejudice; provided, however, that this is without prejudice to any claims by the absent putative class members. Each party shall bear its own costs, expert fees, attorney's fees and attorney expenses.

**IT IS SO ORDERED.**

DATED: March 22, 2023

_____
John A. Kronstadt
United States District Judge